FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 JUN -3 P 4:01

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY | CIVIL ACTION NO. 3:08-cv-575 |
| VERSUS | JUDGE JOHN V. PARKER |
| CITY OF ST. GABRIEL, LOUISIANA | MAGISTRATE JUDGE RIEDLINGER |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

The *Motion for Partial Summary Judgment* (doc. 14) filed by plaintiff, *United National Insurance Company*, came on for hearing on May 18, 2009;

Present were:

**Mickey S. DeLaup** – counsel for Plaintiff, United National Insurance Company; and

**L. Phillip Canova, Jr.** – counsel for Defendant, City of St. Gabriel.

After considering the oral argument of the parties, the law, evidence, and the documents filed by the parties in connection with this motion, including Plaintiff's original memorandum in support of its motion (doc. 14) Defendant's opposition memorandum (doc. 25), and Plaintiff's reply memorandum (doc. 28), this Court GRANTS the Plaintiff's *Motion for Partial Summary Judgment* and finds as follows:

1)  The Public Officials Professional and Employment Practices Liability Policy, issued by plaintiff, United National Insurance Company, to defendant, City of St. Gabriel, and bearing policy number LPO 0004005



obligates United National Insurance Company to provide a defense for the City of St. Gabriel against the remaining claims in the Rider matter (Specifically, in the matter, *Antoinette Rider v. Kevin Ambeau, et al*, pending in the 18th Judicial District Court, bearing Suit No. 61,130 and allotted to Division "A")

2) The Public Officials Professional and Employment Practices Liability Policy, issued by plaintiff, United National Insurance Company, to defendant, City of St. Gabriel, and bearing policy number LPO 0004005 does not obligate United National Insurance Company to indemnify the City of St. Gabriel for damages which may be awarded to Antoinette M. Rider in the *Rider* matter.

Baton Rouge, Louisiana this 3rd day of JUNE, 2009.

_____
Honorable James J. Brady